No. 03–8539.  MARIN-GARCIA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–8546.  CUELLAR *v.* UNITED STATES; GUAJÁRDO *v.* UNITED STATES; and SALINAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 78 Fed. Appx. 437 (first judgment); 79 Fed. Appx. 31 (second judgment) and 618 (third judgment).

No. 03–8548.  GALARZA-COLLAZO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8549.  GAMEZ-DE LA CRUZ *v.* UNITED STATES; HERNANDEZ-RIOJAS *v.* UNITED STATES; GONZALEZ-RIOS *v.* UNITED STATES; RODRIGUEZ-SALAZAR *v.* UNITED STATES; TORRES-RODRIGUEZ *v.* UNITED STATES; and VILLAREAL-SANTOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 78 Fed. Appx. 925 (first judgment); 79 Fed. Appx. 21 (second judgment), 39 (third judgment), 68 (fourth judgment), 77 (fifth judgment), and 87 (sixth judgment).

No. 03–8550.  CABRERA-PINEDA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8551.  CABANAS-ROMERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8553.  RAMIREZ-LABRA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–8554.  RODRIGUEZ-QUINTANA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.